THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARCHIBALD B. GWATHMEY, JR., et al., as Executors of JAMES T. GWATHMEY, Deceased, Respondents, *v.* STATE TAX COMMISSION et al., Appellants.

(Argued May 27, 1929; decided June 11, 1929.)

*Hamilton Ward, Attorney-General (Henry S. Manley* of counsel), for appellants.

*Bernard Knollenberg* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.